JAMES A. RAINBOLDT, ESQ., SBN 101216
jrainboldt@77legal.com
LAW OFFICES OF JAMES A. RAINBOLDT
2201 Cherry Ave., Suite 300
Signal Hill, CA. 90755
Phone (562) 427-7778; Fax (562) 427-7787
Attorneys for Plaintiffs Mario Lira

FILED

2012 DEC 19 PM 3: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY [signature]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MARIO LIRA<br><br>Plaintiff,<br><br>vs.<br><br>AIR INDUSTRIES CORPORATION<br><br>Defendant. | **COMPLAINT FOR DAMAGES AND JURY TRIAL DEMANDED FILED IN CAMERA AND UNDER SEAL** PURSUANT TO 31 U.S.C. § 3730 AND LOCAL CIVIL RULES 5-4.2(b)(3) AND 79-5.1<br><br>**JURY TRIAL DEMANDED**<br>SACV12-2188-JVS (RNBx) |

N/S

On behalf of the United States of America pursuant to the United States False Claims Act, 31 U.S.C. §§ 3729 *et seq.*, Plaintiff-Relator Mario Lira ("Relator") files this *qui tam* Complaint for treble damages and civil money penalties against defendant Air Industries Corporation ("AIC"). These claims arise out of the defendant's knowing submission of false and fraudulent claims for payment to the United States Government as set forth below. In support of these claims, Relator alleges as follows:

DEC 19 2012

## I. INTRODUCTION AND SUMMARY

1. AIC manufactures and distributes bolts, screws, and aerospace

fasteners for use in, among other things, military aircraft, spacecraft, and missiles.

2. Nondestructive Testing (or "NDT") encompasses a range of techniques used in science and industry to evaluate the properties of a material without causing damage. NDT does not permanently alter the part being inspected. NDT is important for the detection of defects (also known as "discontinuities") such as cracks, porosity, and wall thinning from corrosion.

3. At all relevant times, AIC has certified that it performs two types of NDT on bolts, screws, and aerospace fasteners: Magnetic Particle Inspection (or "MPI") and Fluorescent (or Liquid) Penetrant Inspection (or "FPI").

4. Magnetic Particle Inspection is an NDT process for detecting surface and slightly subsurface discontinuities *(e.g.,* cracks, inclusions, tears, and voids) in certain metals and some of their alloys. The process involves direct or indirect magnetization. The presence of a surface or subsurface discontinuity in the material allows the magnetic flux to leak. Particles will build up at the area of leakage and form what is known as an "indication." The indication can then be evaluated to determine what it is, what may have caused it, and what action should be taken, if any.

5. Fluorescent (or Liquid) Penetrant Inspection is an NDT process and type of dye penetrant inspection in which a fluorescent dye is applied to the surface of a non-porous material in order to detect defects that may compromise the integrity or quality of the part in question.

6. At all relevant times, AIC has ce1tified that it performs Magnetic Particle Inspection and Fluorescent (or Liquid) Penetrant Inspection pursuant to military specifications, specifically ASTM El444 and ASTM E1417.

7. Relator has worked for AIC since March 21, 2011. Relator is aware that, since at least May 2011, AIC has knowingly shipped bolts, screws, and

aerospace fasteners that have not been inspected in accordance with ASTM E1444 and ASTM E1417. Specifically, the Second Shift of AIC's NDT department has fraudulently certified inspection pursuant to ASTM E1444 and ASTM E1417, and AIC's NDT department supervisor and NOT Inspection Quality Control Manager have blatantly disregarded these false certifications.

8. As set forth in detail herein, Relator has discovered and documented numerous falsified test records and logs. Relator also found that, in addition to skipping certain requirements of ASTM E1444 and ASTM E1417, AIC's Second Shift moved customer orders out of the NOT department without having performed necessary inspections.

9. This fraudulent conduct resulted in overpayments by the United States to AIC and, more importantly, creates an on-going safety risk for the civilian and military personnel using the affected aircraft and spacecraft.

## II. THE PARTIES

10. Plaintiff-Relator Mario Lira is an individual and citizen of Mexico, residing legally in the State of California. Relator has been employed by the defendant since March 21, 2011.

11. At all relevant times, Relator has worked on the First Shift in AIC's NOT department. Mr. Lira's regular duties include testing and inspecting bolts, screws, and aerospace fasteners manufactured by AIC.

12. Defendant Air Industries Corporation ("AIC") is a private corporation organized under the laws of the State of Delaware with its principal place of business at 12570 Knott Street, Garden Grove, California 92841. AIC manufactures and distributes bolts, screws, and aerospace fasteners for uses including, but not limited to, commercial and military aircraft production. The fasteners made by AIC

are sold to companies such as Boeing, Lockheed Martin, and UFC Aerospace.

## III. JURISDICTION AND VENUE

13. The Court has subject matter jurisdiction over this case pursuant to 31 U.S.C. §3732(a) and 28 U.S.C. §§ 1331 and 1345.

14. Venue is proper in this District pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. §1391(b) and (c) because the defendant transacts business in this District and/or one or more of the acts committed by the defendant and proscribed by 31 U.S.C. § 3729 occurred in this District.

15. This Court has personal jurisdiction over the defendant under 31 U.S.C. § 3732(a) because it is located in California and it submitted false or fraudulent claims directly or indirectly to the federal government in California.

16. Relator has direct and independent knowledge on which the allegations are based, is an original source of this information to the United States, and has voluntarily provided the information to the United States before filing this action based on the information.

17. This suit is not based on prior public disclosures of allegations or transactions in a criminal, civil or administrative hearing, lawsuit, investigation, audit or report, or from the news media. To the extent that there has been any public disclosure unknown to Relator, he is an original source under 31 U.S.C. § 3730(e)(4).

## IV. STATUTORY AND REGULATORY BACKGROUND

### A. The United States False Claims Act

18. The United States False Claims Act prohibits, *inter alia,* the following:

knowingly presenting (or causing to be presented) to the federal government a false or fraudulent claim for payment or approval; and

knowingly making or using (or causing to be made or used) a false record or statement material to a false or fraudulent claim.

knowingly concealing or knowingly and improperly avoiding or decreasing an obligation to pay or transmit money to the Government.

31 U.S.C. §§ 3729(a)(1)(A), (B) and (G).

**B. The United States Department of Defense Specifications Standards**

19. Title 10, United States Code, Sections 2451-2457 authorizes the Secretary of Defense to establish the Defense Standardization Program ("DSP"). The DSP is implemented under Department of Defense ("DOD") Instruction 4120.24. DOD Instruction 4120.24 provides for Defense specifications and standards.

20. DOD 4120.24-M, "DSP Policies and Procedures" sets forth the general provisions governing Defense specifications in Chapter 5, "Standardization Document Policies" (hereinafter "Chapter 5"). Chapter 5 provides that Preparing Activities "shall develop or update defense specifications to establish requirements for military-unique products or commercial products that must be substantively modified to include military-unique requirements." (¶IC5.2.7.).

**1. Department of Defense Specifications Standards for Magnetic Particle Inspection**

21. MIL-STD-1949, "Military Standard, Inspection, Magnetic Particle" dated August 1, 1985, as revised May 15, 1989, is a specification promulgated pursuant to DOD 4120.24-M.

22. On April 20, 1993, the United States Army cancelled MIL-STD-1949. All subsequent procurements have been governed by ASTM International (formerly

American Society for Testing and Materials) ASTM E1444, "Standard Practice for Magnetic Particle Inspection", as revised in 200 I ("ASTM E1444-0 1" and changing the title to "Standard Practice for Magnetic Particle Examination"), March 1, 2005 ("ASTM E 1444-05" and changing the title to "Standard Practice for Magnetic Particle Testing"), and August I, 2011 ("ASTM E1444M-11") (hereinafter "ASTM E1444"). The number immediately following the designation "E1444" indicates the year of the original adoption, or, in the case of revision, the year of last revision.

23. ASTM E1444 establishes the "minimum requirements" for magnetic particle examination and/or testing used "for the detection of surface or slightly subsurface discontinuities in ferromagnetic material." ASTM E1444-05 § 1.1; ASTM E1444M-11 § 1.1.

**2. Department of Defense Specifications Standards for Liquid Penetrant Inspection**

24. MIL-STD-6866, "Military Standard, Inspection, Liquid Penetrant" dated November 29, 1985, is a specification promulgated pursuant to DOD 4120.24-M.

25. On November 22, 1996, the United States Air Force cancelled and replaced MIL-STD-6866 with ASTM El417-95a, "Practice for Liquid Penetrant Examination," as revised in 1999 ("ASTM E1417-99" and changing the title to "Standard Practice for Liquid Penetrant Examination"), July 2005 ("ASTM E1417-05" and changing the title to "Standard Practice for Liquid Penetrant Testing"), August 8, 2005 ("ASTM E1417-05$^{\varepsilon}$"), August 15, 2011 ("ASTM E1417/E1417M-11"), and September 2011 C'ASTM E1417/E1417M -11$^{\varepsilon}$") (hereinafter "ASTM E1417").

26. ASTM El417 establishes the "minimum requirements" for conducting liquid penetrant examination of nonporous metal and nonmetal components. ASTM E1417-05$^{\varepsilon}$ § 1.1; ASTM E1417/E1417M -11$^{\varepsilon}$ § 1.1.

## V. DEFENDANT'S FRAUDULENT CONDUCT

27. AIC routinely ships parts to customers, including parts destined for military use, without performing magnetic particle and liquid penetrant inspection of any kind or pursuant to ASTM E1444 and E1417. In aid of this fraudulent conduct, AIC knowingly creates false "Magnetic Particle Testing Data Cards" and "FPI Inspection Records." As a result, AIC has caused and continues to cause the submission of false claims in violation of the laws and regulations stated above, resulting in substantial actual loss to the United States.

### A. Daily NDT Operations at AIC

28. AIC's NDT department is divided into two shifts, First Shift and Second Shift.

29. As mentioned above, Relator worked on AIC's First Shift, arriving at work each day at 4:00 a.m. and leaving between 12:30 p.m. and 4:30 p.m.

30. At approximately 5:00a.m., a second inspector joins Relator on the First Shift.

31. At approximately 2:30p.m., the first inspector on AIC's Second Shift arrives to work.

32. The second member of AIC's Second Shift arrives to work sometime after the first inspector. If the second inspector is present when Relator arrives at 4:00 a.m. the next morning, the second inspector is in the dark room or elsewhere on the premises.

### B. False and fraudulent submissions for payment for NDT

#### 1. AIC's Magnetic Particle Inspection Processes

##### a. Sending Parts to Customers without Magnetic Particle Inspection

33. ASTM E1444 requires either multidirectional magnetization, direct magnetization, or indirect magnetization be used to test parts. ASTM E1444M-11 § 6.2.6; *see* ASTM E1444-05 § 6.2.6 (discussing multidirectional magnetization); ASTM E1444-11 § 6.2.7, 6.2.8; ASTM E1444-05 § 6.2.7, 6.2.8 (discussing direct and indirect magnetization).

34. AIC personnel use, among other equipment, a Magnatlux wet horizontal multidirectional unit, Model MD-2030 (hereinafter "MD-2030") for magnetic particle inspection.

35. Though the MD-2030 can operate in "conventional mode," AIC policies require that the primary mode of operation for the MD-2030 be the "multidirectional mode."

36. Conventional mode requires separate circular and longitudinal "shots" (magnetization); whereas, multidirectional mode allows the circular and longitudinal shots to be applied concurrently. The multidirectional mode saves magnetic particle inspection time.

37. ASTM E1444 also requires daily system performance verification. ASTM E1444-05 § 7.1; ASTM E1444M-11 § 7.1.

38. Relator has observed and documented that AIC failed to perform the MPI testing required by the government on numerous occasions, including specifically in connection with the following job numbers: 808444, 807765, 250862, 080812733, 806123, 0807210, U807213, 248351, U807972, U807088, U807422, U806975, U807387, 807138, 0807584, UD807769, U807424, 245013, UD807752, T250452, and T250462.

39. Second Shift moved more orders out of the NDT department that Relator did not find during this time period.

**b. Falsification of Magnetic Particle Testing Data Cards**

40. ASTM E1444 requires obtaining magnetic field directions using circular and/or longitudinal magnetization. ASTM E1444-05 § 6.2.5. Circular and/or longitudinal magnetization corresponds to circular and longitudinal readings, respectively.

41. Relator has observed and documented that AIC failed to perform the

MPI testing required by the government on numerous occasions, including specifically in connection with the following job numbers: 808611, 804842, 807105, 806274, and 807154.

42. The routers for job numbers 804842, 807105, and 806274 have "DFAR" stamped in the "Customer" section, indicating the orders are destined for military use.

43. Second Shift moved more orders out of the NDT department that Relator did not find during this time period

**c. Failure to Verify Wet Particle Concentration**

44. ASTM E1444 requires that wet particle concentration "be verified every eight (8) hours or every shift change." ASTM E1444-05, Table 1; ASTM E1444M-11, Table 1.

45. Relator has observed and documented that AIC failed to perform the FPI testing required by the government on numerous occasions, including specifically in connection with job numbers processed on July 22, 2011, August 5, 2011, August 15, 2011, August 18, 2011, August 19,2011, and August 22, 2011.

46. Second Shift moved more orders out of the NDT department that Relator did not find during this time period.

**2. AIC's Liquid Penetrant Inspection Processes**

**a. Falsification of Daily Penetrant Control Log**

47. ASTM E1417 requires that water wash pressure and water wash temperature checks be performed at the start of each working shift. ASTM E1417-05$^{\varepsilon}$, Table 1; ASTM E1417M-11E, Table 1.

48. Relator has observed and documented that AIC failed to perform the FPI testing required by the government on numerous occasions, including specifically in connection with job numbers processed on March 23, March 24, March 25, March 29,

March 30, April 1, April 4, April 5, April 6, April 7, April 8, April 11, April 12, April 13, April 14, April 15, April 16, April 21, April 22, April 25, April 26, April 27, April 30, May 1, May 14, May 28, June 4, June 5, June 7, June 11, June 12, June 15, June 18, June 22, June 25, June 26, July 2, July 3, July 5, July 9, July 15, July 16, July 21, July 22 and July 23, October 29, October 31, November 11, November 16, November 20, and December 8, 2011; and May 9, 2012.

49. Second Shift moved more orders out of the NDT department that Relator did not find during this time period.

**b. Failure to Perform Fluorescent Penetrant Inspection**

50. ASTM E1417 § 7.8 requires that black light intensity verification be performed daily. ASTM E1417M-11$^{\varepsilon}$ § 7.8.4.1; ASTM E1417M-05$^{\varepsilon}$ § 7.8.4.1.

51. ASTM E1417 § 7.8 requires that penetrant contamination verification be performed daily. ASTM E1417M-11$^{\varepsilon}$ § 7.8.2.1; ASTM El417M-05$^{\varepsilon}$ § 7.8.2.1.

52. ASTM E1417 § 7.1 requires that the surfaces of parts to be examined be clean, dry, and free of soils, oil, grease, paint and other coatings, corrosion products, scale, smeared metal, welding flux, chemical residues, or any other material that could prevent the penetrant from entering discontinuities, suppress dye performance, or produce unacceptable background. ASTM E1417M-11$^{\varepsilon}$ § 7.1; ASTM E1417M-05$^{\varepsilon}$ § 7.1.

53. Relator has observed and documented that AIC failed to perform the FPI testing required by the government on numerous occasions, including specifically in connection with the following job numbers: M255689, 0258793, U811383, 262245, U812042, U811955, T264122, M263720, and UD81252.

54. Second Shift moved more orders out of the NDT department that Relator did not find during this time period.

### C. False Claims and the Government's Damages

55. At all relevant times, AIC sought and received payment from intermediaries contracting with the United States for the inspection of bolts, screws, and aerospace fasteners for use in, among other things, military aircraft, spacecraft, and missiles.

56. At all relevant times, AIC falsely certified that it inspected parts pursuant to ASTM E1444 and E1417. These false certifications were material and caused the submission of false claims to the United States.

57. The United States is entitled to parts inspected pursuant to ASTM E1444 and E1417. For each job falsely certified by AIC, the United States is owed damages including but not limited to the full amount paid for each order or contract, the cost to replace the falsely certified parts, and $5,500 to $11,000 per each false claim. The United States is also entitled to treble the amount paid per order or contract.

## COUNT I

## (VIOLATION OF THE FALSE CLAIMS ACT-31U.S.C.§ 3729(a)(l)(A))

58. Relator incorporates by reference and re-alleges all paragraphs of this Complaint set forth above as if fully set forth herein.

59. Defendant knowingly presented, or caused to be presented, and continues to present or cause to be presented, false and fraudulent claims for payment or approval to the United States - *i.e.,* the foregoing false and fraudulent claims for payments from the United States- in violation of 31 U.S.C. § 3729(a)(l)(A).

60. Said false and fraudulent claims were presented with defendant's actual knowledge of their falsity, or with reckless disregard or deliberate ignorance of whether or not they were false.

61. The United States relied on these false and fraudulent claims, was

## CLAIM FOR RELIEF

WHEREFORE, Relator requests that judgment be entered against Defendant for treble the amount of the United States' damages to be determined at trial, and all allowable civil penalties, fees, interest and costs under the False Claims Act and for all other and further relief as the Court may deem just and equitable.

Dated: Los Angeles, California

Jury trial demanded.

Respectfully submitted,

December 19, 2012

**LAW OFFICES OF JAMES A. RAINBOLDT**
BY: [signature]
JAMES A. RAINBOLDT, ESQUIRE
2201 Cherry Avenue
Signal Hill, California 90755
(562) 427-7778
**KLINE & SPECTER**
BY: THOMAS R. KLINE, ESQUIRE*
DAVID J. CAPUTO, ESQUIRE*
DAVID C. WILLIAMS, ESQUIRE*
1525 Locust Street, Nineteenth Floor
Philadelphia, Pennsylvania, 19102
(215) 772-1000
Tom.Kline@klinespecter.com
David.Caputo@klinespecter.com
David.Williams@klinespecter.com
**JOSEPH TRAUTWEIN & ASSOCIATES, LLC**
BY: JOSEPH TRAUTWEIN, ESQUIRE*
17 Auchy Road
Erdenheim, Pennsylvania 19038
(215) 764-2301
jtrautwein @cpmiteam.com

* Not Admitted in California
*Attorneys for the Plaintiff-Relator*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

**SACV12- 2188 JVS (RNBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[X] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
UNITED STATES OF AMERICA, ex rel. MARIO LIRA

**DEFENDANTS**
AIR INDUSTRIES CORPORATION

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

LAW OFFICES OF JAMES A. RAINBOLDT
2201 CHERRY AVENUE, SUITE 300
SIGNAL HILL, CA 90755 (562)427-7778

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No

☑ **MONEY DEMANDED IN COMPLAINT: $** In excess of $2,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

31 USC Sec [illegible]

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☑ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: SACV12-2188

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Mario Lira resides in Maywood, County of Los Angeles, California | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| AIC is located in Garden Grove, County of Orange, California | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Garden Grove, County of Orange, California | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): [signature] **Date** 12-19-2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |